**Ari H. Marcus, Esq.**
Licensed to Practice in NJ & NY
Ari@MarcusZelman.com

**Yitzchak Zelman, Esq.**
Licensed to Practice in NJ, AZ, CA & NY
Yzelman@MarcusZelman.com

# MARCUS ZELMAN, LLC
### ATTORNEY & COUNSELLOR AT LAW
Tel: (732) 695-3282
Fax: (732) 298-6256
www.MarcusZelman.com

**NEW JERSEY OFFICE:**
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712

**NEW YORK OFFICE:**
1 Deer Run Road
Pomona, New York 10970

*All Correspondences to NJ Office*

March 25, 2026

Honorable U.S. District Judge Kenneth M. Karas
United States District Courthouse
Southern District of New York
300 Quarropas Street, Room 630
White Plains, NY 10601

> **Re:    Marisco v. Experian Information Solutions, Inc. et al**
> **7:25-cv-10555-KMK**

To the Honorable U.S. District Judge Karas,

The undersigned represents the Plaintiff, James Marisco, in the above-referenced action brought pursuant to the Fair Credit Reporting Act (the FCRA). An Initial Conference is currently scheduled in this matter for April 2, 2026 at 12:00 p.m. *See*, Docket 23. However, that is the first day of Passover, observed by the undersigned, during which I am unable to participate in the Conference.

It is respectfully requested that the Initial Conference be adjourned to any date on or after April 13, 2026, which is the undersigned's first day back after the holiday.

This is the Plaintiff's first request for an adjournment of the Initial Conference (which was only just scheduled yesterday). Defendants' counsel are all copied on this communication and have all consented to the within adjournment request.

Respectfully submitted,

/s/ Yitzchak Zelman

Granted. The conference is adjourned to 4/16 /26,
at 2:00 Via teleconference

So Ordered.

3/25/26