**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JAMES MARISCO,**<br><br>**Plaintiff,**<br><br>**-v-**<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, and UNITED STATES DEPARTMENT OF EDUCATION,**<br><br>**Defendants.** | **Civil Case Number: 7:25-cv-10555-KMK-VR** |

**~~[PROPOSED]~~ DISMISSAL ORDER**

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' August 31, 2026, Stipulation of Dismissal, all claims asserted against Defendants **EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES, LLC, only,** in Civil Action No. **7:25-cv-10555-KMK-VR**, are dismissed with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** 3rd **day of** ~~**August**~~ September **2026.**

HONORABLE KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE